UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVER RAMIREZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>R. GUITIERREZ, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-cv-1109-MMA(BLM)<br><br>**ORDER**<br><br>**(1) VACATING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE;**<br><br>**(2) DENYING AS MOOT DEFENDANT'S MOTIONS SET FORTH IN ECF Nos. 14 & 15** |

　　　On February 17, 2021, this Court set an Early Neutral Evaluation and Case Management Conference ("ENE") for March 31, 2021.  ECF No. 13.  The Local Rules for the Southern District of California state that ENE conferences should not be set in Section 1983 cases.  See CivLR 16.1(e)(8).  Accordingly, the Court vacates the ENE and all associated dates and denies as moot Defendant's motions to continue the ENE and to excuse the appearance of Defendants at the ENE.  See ECF Nos. 14 & 15.

　　　**IT IS SO ORDERED**.

Dated: 3/25/2021

　　　　　　　　　　　　　　　　　　　　　　　　*Barbara L. Major*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

20-cv-1109-MMA(BLM)