UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVER RAMIREZ,<br><br>                               Plaintiff,<br><br>vs.<br><br>R. GUTIERREZ, et al.,<br><br>                               Defendants. | Case No. 20cv1109-MMA-BLM<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 21] |

Plaintiff Aliver Ramirez, a California inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. *See* Doc. No. 1. Plaintiff requests leave to file a First Amended Complaint "to correct any pleading deficiencies, proper presentation of syntax, sentence construction and facts more congruent to the allegations raised against the three (3) defendants in this case." *See* Doc. No. 21 at 1. In light of Federal Rule of Civil Procedure 15(a)'s liberal amendment policy and because the time for doing so has not yet expired, *see* Doc. No. 19, the Court **GRANTS** Plaintiff leave to file a First Amended Complaint. Plaintiff must file his amended pleading on or before **May 28, 2021**, the deadline set forth in the operative Scheduling Order, *id*. § 1, or demonstrate good cause if he fails to do so. *See* Fed. R. Civ. P. Rule 16(b)(4).

The Court advises Plaintiff that his First Amended Complaint must be complete by itself without reference to his original pleading. Defendants not named and any claim not

1

re-alleged in his amended pleading will be considered waived.  See CIVLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.").

**IT IS SO ORDERED**.

DATED: April 22, 2021

HON. MICHAEL M. ANELLO
United States District Judge