UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVER RAMIREZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>R. GUITIERREZ, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-1109-MMA(BLM)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY BRIEFING SCHEDULE** |

On August 3, 2021, Defendants submitted an Ex Parte Application to modify the Court's briefing schedule ordering Defendants to file an opposition to Plaintiff's Motion to Compel by August 3, 2021. ECF No. 38. Defendants request a two-week extension to file an opposition. Id. at 1. In support, Defendants' counsel states that he plans to "meet and confer with Plaintiff regarding supplemental responses and documents to be produced in response to Plaintiff's Request for Production, Set One." ECF No. 38-1, Declaration of Blair H. Pickus ("Pickus Decl.") at 2. Further, Defendants' counsel states that "a meet and confer with Plaintiff will provide [him] the opportunity to understand Plaintiff's issues regarding Defendants discovery responses". Id. Finally, Defendants' counsel states that "a meet and confer will allow the parties to comply with the Court's Chamber Rules and the Southern District of California Local Rules requiring the parties to meet and confer prior to filing a motion to compel discovery responses, which Plaintiff did not do." Id.

Good cause appearing, Defendants' motion is **GRANTED**. The modified briefing schedule is as follows:

    1. Defendants must file an opposition by **August 17, 2021**; and

    2. Plaintiff must file any reply by **August 31, 2021**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d) and **no personal appearances will be required**. The parties are reminded that all deadlines will remain as previously set. See ECF No. 19.

**IT IS SO ORDERED**.

Dated: 8/5/2021

Hon. Barbara L. Major
United States Magistrate Judge