UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVER RAMIREZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>R. GUTIERREZ, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-1109-MMA(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DISCOVERY DEADLINES**<br><br>**[ECF No. 42]** |

On September 27, 2021, Defendants filed an Ex Parte Application requesting to modify the scheduling order regulating discovery and other pre-trial proceedings. ECF No. 42. Defendants request a 90-day extension to all trial-related dates. Id. at 2. In support, Defendants state that "Plaintiff added a new Defendant, and new factual allegations and claims to his recently filed First Amended Complaint" and "[t]he parties have not had sufficient time to conduct discovery into Plaintiff's new claims." Id. at 2.

After considering Defendants' arguments and finding good cause, the Court GRANTS Defendants' ex parte application and sets the following dates:

| Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery | October 1, 2021 | December 30, 2021 |
| Expert Designation Deadline | August 27, 2021 | November 24, 2021 |
| Exchange of Rebuttal Experts | September 24, 2021 | December 23, 2021 |
| Rule 26(a)(2)(A) and (b) Initial Expert Reports Disclosure Deadline | October 22, 2021 | January 21, 2022 |
| Rule 26(a)(2)(D) Rebuttal Expert Reports Disclosure Deadline | November 19, 2021 | February 18, 2022 |
| Expert Discovery Completion | December 17, 2021 | March 18, 2022 |
| Deadline to File Pretrial Motions | January 14, 2022 | April 15, 2022 |
| Mandatory Settlement Conference | January 26, 2022 at 9:30 a.m. | May 4, 2022 at 9:30 a.m. |
| Confidential Settlement Statements | January 12, 2022 | April 22, 2022 |

All other guidelines and requirements remain as previously set.  See ECF No. 19.

**IT IS SO ORDERED**.

Dated:  9/29/2021

Hon. Barbara L. Major
United States Magistrate Judge