UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVER RAMIREZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>R. GUTIERREZ, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-cv-1109-MMA(BLM)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE DEPOSITION OF ALIVER RAMIREZ, AN INCARCERATED PERSON**<br><br>**[ECF No. 49]** |

　　　　On November 24, 2021, the Court received Defendants' *Ex Parte* Application to Take Deposition of Aliver Ramirez, an Incarcerated Person. ECF No. 49. Defendants seek an order permitting them to "take the deposition of Plaintiff Aliver Ramirez, CDCR No. H42642" an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR). ECF No. 49-1, Declaration of Blair H. Pickus ("Pickus Decl.") at 2. Defendants also request to take the deposition by remote means, with the court reporter and defense counsel in different locations. ECF No. 49 at 1. In support, Defense counsel state that "Mr. Ramirez's deposition is crucial to the lawsuit" and that he is aware of "no factors [] that should prevent Plaintiff's deposition from proceeding." Pickus Decl. at 2. Defendants further state that "CDCR is limiting admission of

attorneys or court reporters into the prisons" due to the COVID-19 pandemic, and "[i]t is therefore necessary to take Plaintiff's deposition remotely, and for the court reporter to be in a separate location from the deponent." Id.

Good cause shown, the application is **GRANTED**. Defendants may depose Mr. Ramirez in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition. The Court also grants Defendants' motion to depose Plaintiff remotely under Federal Rule of Civil Procedure 30(b)(4).

**IT IS SO ORDERED**.

Dated: 11/29/2021

Hon. Barbara L. Major
United States Magistrate Judge