UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVER RAMIREZ,<br><br>                                Plaintiff,<br><br>v.<br><br>R. GUTIERREZ, et al.,<br><br>                                Defendants. | Case No.: 20-cv-01109-MMA(BLM)<br><br>**ORDER GRANTING IN PART DEFENDANTS' EX PARTE APPLICATION TO VACATE PRETRIAL MOTION DEADLINE AND MODIFY SCHEDULING ORDER**<br><br>**[EFC No. 54]** |

On April 15, 2022, Defendants filed an *Ex Parte* Application to Vacate Pretrial Motion Deadline and Modify Scheduling Order. ECF No. 54. Defendants seek to continue the April 15, 2022 deadline for filing pretrial motions to August 2, 2022, ninety days after the May 4, 2022 Mandatory Settlement Conference ("MSC"). Id. at 1. In support, Defendants state that defense counsel was recently appointed and has several conflicting work obligations. Id. at 2; see also ECF No. 54-1, Declaration of Peter B. Nichols In Support of Application to Vacate Dispositive Motion Deadline and Modify Scheduling Order. Defendants further state that Plaintiff will not be prejudiced by this request since no trial date has been set and Defendants are not seeking to continue the MSC. Id.

     Good cause appearing, Defendants' motion is **GRANTED IN PART**. All dispositive pretrial motions, including motions for summary judgment and motions addressing Daubert issues, must be filed by **June 17, 2022**.[1]

     **IT IS SO ORDERED**.

Dated: 4/20/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] This deadline is not applicable to pretrial motions *in limine*. For further information regarding motions *in limine*, please refer to Judge Anello's Civil Chambers Rules.