# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVER RAMIREZ,<br><br>                          Plaintiff,<br><br>v.<br><br>R. GUTIERREZ, et al.,<br><br>                          Defendants. | Case No. 20-cv-1109-MMA (BLM)<br><br>**ORDER DISMISSING CASE** |

On July 6, 2022, the parties filed a joint stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 63. Upon due consideration, good cause appearing, the Court **DISMISSES** this action in its entirety with prejudice and **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close this case.

**IT IS SO ORDERED**.

Dated:  July 7, 2022

                                           HON. MICHAEL M. ANELLO
                                           United States District Judge